AO 93 (Rev. 6/92) Search Warrant

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

In the matter of the Search of

**117 Highway 165, Phenix City, Alabama, Russell County, is more particularly described as a wood or siding single family residence. It is grey wood with burgundy trim and shutters located on the front of the residence and a center entrance. It has an attached wooden privacy fence.**

## SEARCH WARRANT

CASE NUMBER: 3:07mj-74-TFM

TO: <u>DEA SA Stephen T. Ribolla</u>, and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>SA Stephen T. Ribolla</u>
who has reason to believe that ☐ on the person of or ☒ on the premises known as

**117 Highway 165, Phenix City, Alabama, Russell County, is more particularly described as a wood or siding single family residence. It is grey wood with burgundy trim and shutters located on the front of the residence and a center entrance. It has an attached wooden privacy fence.**

in the _____Middle_____ District of _____ALABAMA_____
there is now concealed a certain person or property, namely

See attached Affidavit for description of items to be searched for

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _August 8, 2007_

(not to exceed 10 days) the person or place ~~named above for the person or property specified, serving this warrant and making the search~~ (in the daytime - 6:00 A.M. to 10:00 P.M.) ~~and if the person or property be found there to seize same, leaving a copy of this~~ warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _Terry F. Moorer_ as required by law.
U.S. Judge or Magistrate Judge

_July 30, 2007 @ 4:15 p.m._                                    Montgomery, AL
Date and Time Issued                                            City and State

_[signature]_                                                    _Terry F. Moorer_
Name and Title of Judicial Officer                              Signature of Judicial Officer

AO 93   (Rev.6/92)   Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>7/30/07 | DATE AND TIME WARRANT EXECUTED<br>8/1/07  7:00 am | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Kitchen table |
| INVENTORY MADE IN THE PRESENCE OF<br>SA Jennifer Bosler and SA Neil Thompson | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT<br><br>See attached DEA 12 - receipt for cash or other items | | |

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

cribed, sworn to, and returned before me this date.

_____          _____
U.S. Judge or Magistrate                    Date

## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address ((including ZIP Code)), if applicable) | FILE NO. | G-DEP IDENTIFIER |
|---|---|---|
| Kelly D. Battle<br>117 Hwy 165<br>Phenix City AL 36869 | FILE TITLE | |
| | DATE 8/1/07 | |

DIVISION / DISTRICT OFFICE

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| — | misc paperwork, bills, notebooks, documents | Seize as evidence |
| | 6 Bags | |
| 1 | 1995 Chevrolet Camero 2 Dr Silver 2G1FP22P1S2225386 | |

RECEIVED BY (Signature): Jennifer Bosler
NAME AND TITLE (Print or Type): Jennifer Bosler SA

WITNESSED BY (Signature): Neill Thompson
NAME AND TITLE (Print or Type): Neill Thompson, SA

DEA Form — 12
(Apr. 1983)

Previous edition dated 9/77 may be used until stock is exhausted.

## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address ((including ZIP Code)), if applicable) | FILE NO. | G-DEP IDENTIFIER |
|---|---|---|
| Kelly D. Battle<br>117 U.S. Hwy 165<br>Phenix City AL 36869<br>8/1/07  7:00 PM | FILE TITLE<br>_____ table | |
| | DATE<br>8/1/07 | |

**DIVISION / DISTRICT OFFICE**

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | 1993 Chevrolet Caprice 4dr<br>black/silver (1 bag misc paperwork)<br>1G1BL53E6PW132846 - VIN | |
| 1 | 1969 Pontiac GTO 2dr<br>green (1 bag misc paperwork)<br>242379A120710 - VIN | |
| 1 | 2006 Range Rover 4dr<br>SALSH23486A968484<br>(1 bag misc paperwork) | |
| 1 | 2005 Chevrolet Corvette 2dr<br>black (1 bag misc paperwork)<br>1G1YY24U955114960 | |

**RECEIVED BY (Signature)**

**NAME AND TITLE (Print or Type)**
S/A Jean Bie Boster

**WITNESSED BY (Signature)**

**NAME AND TITLE (Print or Type)**
S/A James McFadden

DEA Form — 12
(Apr. 1983)        Previous edition dated 9/77 may be used until stock is exhausted.

# VEHICLE IMPOUNDMENT RECORD

| Field | Value |
|---|---|
| MAKE | Chevrolet |
| MODEL | Camero Z28 |
| COLOR | Silver |
| NO. OF CYLINDERS | 8 |
| YEAR | 1995 |
| MILEAGE | 118101 |
| LICENSE NO. (Yr. - State) | None |
| SERIAL NO. | |
| FUEL | ☒ Gas ☐ Diesel |
| VIN NO. | 2G1FP22P1S2225386 |
| NO. OF AXLES | 2 |

**TYPE OF VEHICLE:** ☒ Passenger Vehicle

**BODY STYLE:** ☒ 2-Door Hardtop

**NO. OF WHEELS:** 4

**VEHICLE OPERATOR** (Address, Number, Street, City, State) / PHONE NO.

**REGISTERED OWNER:** Kelly Battle 117 U.S. Hwy 165 Phenix City AC 36869

**NAME & ADDRESS OF LIENHOLDER** (if Applicable) / PHONE NO.

## REASON FOR IMPOUNDMENT

OTHER THAN ABOVE: Warrant

NAME OF ARRESTED PERSON ☐  INJURED ☐  OTHER ☐

EXACT LOCATION WHERE VEHICLE PICKED UP: 117 US Hwy 165 Phenix City AC

TOW-IN SERVICE REQUESTED BY _____ NAME OF TOW-IN SERVICE _____

DATE OF IMPOUNDMENT: 08/01/07   TIME: 1040   TOWED OR DRIVEN BY: Neill Thompson

NAME & TITLE OF IMPOUNDING OFFICER: _____

## INVENTORY AND CONDITION OF VEHICLE WHEN IMPOUNDED

DOORS AND TRUNK: LOCKED ☐  UNLOCKED ☐  KEYS IN CAR ☒  KEYS IN PROPERTY ROOM ☐  OTHER _____

(USE CONDITION SYMBOL 1-FOR EXCELLENT - 2-GOOD - 3-FAIR - 4-POOR - 5-CONSTRUCTIVE TOTAL)

| ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | COND |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FRONT END | Cracked | 4 | | ENGINE | dirty | | | SPARE TIRE | | Unk |
| | LF ¼ | | 3 | | RADIATOR | Unk | | | LR TIRE | | 3 |
| | LF DOOR | | ck 3 | | ALTERNATOR | Unk | | | RR TIRE | | 3 |
| | LR DOOR | | 3 | | BATTERY | Unk | | | RF TIRE | | 3 |
| | LR ¼ | Cracked | 4 | | A/C | Unk | | | LF TIRE | | 3 |
| | REAR END | | 4 | | RADIO | N/A | | | GLASS | | 4 |
| | RF ¼ | | 3 | | TAPE DECK | N/A | | | C.B. RADIO | | NA |
| | RF DOOR | | 3 | | HUB CAP | NA | | | C.B. ANTENNA | | NA |
| | RR DOOR | | 3 | | WHEEL COVER | 3 | | | | | |
| | RR ¼ | | 3 | | DRIVE TRAIN | Unk | | | | | |
| | HOOD | | 3 | | JACK | Unk | | | | | |
| | TOP | | 3 | | TOOLS | Unk | | | | | |
| | REAR LID | Cracked | 4 | | GASOLINE | ½ tank | | | | | |

REMARKS: _____

(USE SUPPLEMENTARY REPORT FOR ANY DETAILS NOT LISTED ON THIS PAGE)

DESCRIBE ANY PERSONAL PROPERTY LEFT IN VEHICLE _____

REPORT MADE BY: Jennifer Bosler   DATE: 8/1/07   TIME: 1045

THE ABOVE VEHICLE HAS BEEN RELEASED TO ME AND I FOUND IT'S CONDITION TO BE AS INDICATED ABOVE.

SIGNED _____ DATE _____ TIME _____

FORM B-3          LAW ENFORCEMENTS SYSTEMS, INC P.O BOX 1835 CORSICANA, TEXAS 75110